# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : |
| | :   **CASE NO: 7:22-CR-55-02 (WLS)** |
| **DEWAYNE HOWELL,** | : |
| | : |
| **Defendant.** | : |
| _____ | : |

## ORDER

Presently before the Court is the Government's Motion to File Under Seal (Doc. 123) ("Motion"), which was filed on December 20, 2023. Therein, the Government requests that the Court enter an Order permitting the Government to file a Motion for Writ of Habeas Corpus Ad Testificandum ("Motion for Writ") under seal in the above-styled case. In support of its Motion, the Government states that the minor victim in this case is a key witness at the trial of Defendant Dewayne Howell that is currently scheduled for the Court's trial term beginning February 5, 2024. The minor victim is currently in custody and the Government needs to file a Motion for Writ for her to be brought to the Court for the trial. To protect the minor victim's identity and current location, the Government requests that it be allowed to file its Motion for Writ under seal and that the Court's Order on the Motion for Writ also be filed under seal. After reviewing the Motion, the Court finds good cause exists to permit the Government's Motion for Writ and for the Order on such motion to be filed under seal. *See Romero v. Drummond Co.*, 480 F.3d 1234, 1246 (11th Cir. 2007) ("[W]hether good cause exists is decided by the nature and character of the information in question.") (alterations adopted) (internal quotations marks omitted) (citation omitted).

Accordingly, The Government's Motion to file Under Seal (Doc. 123) is **GRANTED**. When the Government's Motion for Writ of Habeas Corpus Ad Testificandum is filed, the Clerk of Court is **DIRECTED** to docket the motion under seal to be made available only to

the Parties' Counsel, the United States Probation Office, and the Court. The Motion for Writ and the Order on such motion shall remain sealed until further order of the Court.

**SO ORDERED**, this 20th day of December 2023.

<u>/s/ W. Louis Sands</u>
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**