# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | |
| : | CASE NO: |
| DEWAYNE HOWELL, : | 7:22-CR-55 WLS-TQL-2 |
| : | |
| Defendant. : | |
| : | |

## ORDER

Based on the oral motion of Government's Counsel made at the trial of this matter on February 5-6, 2024, the Clerk is **DIRECTED** to seal the Government's Exhibits entered into evidence at the trial and filed on February 7, 2024 (Doc. 145 and all attachments).

**IT IS HEREBY ORDERED** that Counsel for the Government and Defendant shall confer and provide notice to the Court as to which Exhibits should remain sealed, which Exhibits should be unsealed after redaction of personal identification information, and which Exhibits should be unsealed. The parties shall provide this information to the Court by written and filed report on or before **Friday, February 16, 2024**.

All of the Government's Exhibits (Doc. 145) shall remain under seal until further order of this Court.

**SO ORDERED**, this 7th day of February 2024.

          /s/ W. Louis Sands
          **W. LOUIS SANDS, SR. JUDGE**
          **UNITED STATES DISTRICT COURT**