IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | CASE NO: |
| DEWAYNE HOWELL, | : | 7:22-CR-55 WLS-TQL-2 |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

Before the Court is the Joint Response to Court's Order Regarding Exhibits (Doc. 147) ("Response") filed February 14, 2024, on behalf of the Government and Defendant Dewayne Howell, pursuant to the Court's Order (Doc. 146) entered February 8, 2024. Therein, Counsel for the Government and Defendant notified the Court as to which Trial Exhibits filed on February 7, 2024 (Doc. 145) should remain sealed, which Exhibits should be unsealed after redaction of personal identification information, and which Exhibits should be unsealed.[1] Based on the parties' Response,

**IT IS HEREBY ORDERED** that:

1. The following Government Exhibits attached to Document No. 145 shall remain under seal until further order of this Court:

   Exhibit 2a   Messages between sister and Laronce from Laronce (Doc. 145-3);
   Exhibit 6    Screenshot of Dewayne Howell and MV1 walking into hotel room (Doc. 145-7);
   Exhibit 8    Screenshot of Dewayne Howell, sister, and Laronce Howell walking into hotel room (Doc. 145-9);
   Exhibit 9    Screenshot of MV1 and sister leaving hotel room (Doc. 145-10);
   Exhibit 17   The unredacted version of Super 8 Registration (Doc. 145-13); and

---

[1] The parties request that the names of MV1 and her sister be redacted from any trial transcripts prepared in this matter. The Court's Transcript Redaction Request and Policy is available on the Court's website at https://www.gamd.uscourts.gov/sites/gamd/files/forms/transcriptredreq.pdf. The parties are directed to comply with the instructions set forth therein to redact personal identification information from any transcripts prepared in this matter.

1

  Exhibit 19  Map-Walmart, Smitty's, and Super 8 (Doc. 145-15).

  2. The Government shall upload as an unsealed document, the redacted version of Government Exhibit 17—Super 8 Registration (Doc. 145-13).

  3. The following videos entered into evidence at the trial of this matter on February 5-6, 2024, as Government Exhibits are located in the Court's Digital Evidence Vault. The Clerk of Court, or his deputy, is hereby **DIRECTED** to seal these Exhibits, which shall remain under seal until further order of this Court:

  Exhibit 15  Super 8 – ch06-Clip 1; and
  Exhibit 16  Super 8 – ch06-Clip 2.

  4. The following additional videos entered into evidence at the trial of this matter on February 5-6, 2024, as Government Exhibits are located in the Court's Digital Evidence Vault, and pursuant to the parties' Response, these videos do not need to be under seal:

  Exhibit 12  Smitty's Camera 1_10.2.2020-Clip 1
  Exhibit 13  Smitty's Camera 2_10.2.2020-Clip 1; and
  Exhibit 14  Super 8 – ch08-Clip 1.

These videos were not specifically included in the Court's February 8, 2024 Order, but to the extent they have been sealed as Government Trial Exhibits, the Clerk, or his deputy, is **DIRECTED** to unseal them.

  5. The Clerk of Court, or his deputy, is hereby **DIRECTED** to unseal the following Government Exhibits attached to Document No. 145:

  Exhibit 1  Message from Laronce sisters phone (Doc. 145-1);
  Exhibit 2  Messages between sister and Laronce from sister (Doc. 145-2);
  Exhibit 3  Screenshot of Dewayne Howell leaving store (Doc. 145-4);
  Exhibit 4  Screenshot of Dewayne and Laronce in hotel lobby (Doc. 145-5);
  Exhibit 5  Screenshot of Dewayne and Laronce high-fiving in hotel lobby (Doc.145-6);
  Exhibit 7  Screenshot of Dewayne Howell exiting hotel room (Doc. 145-8);
  Exhibit 10  Screenshot of Dewayne Howell leaving hotel room (Doc. 145-11);

Exhibit 11   Screenshot of Laronce Howell leaving hotel room (Doc. 145-12);
Exhibit 18   Super 8 Layout (Doc. 145-14);
Exhibit 20   Laronce Cellbrite calls and texts with Dewayne (Doc. 145-16); and
Exhibit 21   Screenshot of Laronce at Mitts (Doc. 145-17).

**SO ORDERED**, this 21st day of February 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**