IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | |
| : | |
| **DEWAYNE HOWELL,** : | **CASE NO:** |
| : | **7:22-cr-55-WLS-TQL-02** |
| **Defendant.** : | |
| _____ : | |

## ORDER

     Before the Court is correspondence from Defendant Dewayne Howell requesting that the Court appoint new counsel to represent him going forward in his case. The correspondence will be treated by the Court as a Motion to Appoint New Counsel (Doc. 152 ("Motion") and such Motion is set for hearing as noted below.

     This case was tried before a jury beginning February 5, 2024. On February 6, 2024, the jury returned a verdict finding Defendant Dewayne Howell guilty of Coercion and Enticement of a Minor. His sentencing hearing is scheduled for May 23, 2024 at 3:00 p.m. Defendant's letter expressing dissatisfaction with his attorney, Jason Moon, and in effect asserts ineffective assistance of counsel during the trial of his case. The Motion does not reflect that Defendant sent a copy of his correspondence to Mr. Moon, and it is unclear whether Defendant Dewayne Howell discussed this matter with Mr. Moon.

     Accordingly, the Court hereby **ORDERS** that:

     1.    On or before **Monday, April 29, 2024**, Defendant's Counsel shall confer with Defendant, and:

          a.    If the issues as to Counsel's representation are fully resolved and with the consent of Defendant, Counsel shall file a withdrawal of the Motion to Appoint New Counsel (Doc. 152), or

          b.    On or before **Monday, April 29, 2024**, file an appropriate motion on behalf of the Defendant with respect to Counsel's withdrawal; and

    c. To the extent necessary, Defendant's Counsel may file the above document(s) under seal pursuant to this Order.

  2. If the Motion to Appoint Counsel (Doc. 152) is not withdrawn, a hearing on such motion will be held on **Thursday, May 2, 2024, at 2:00 pm**.

  3. The Clerk of Court, or his deputy, is hereby **DIRECTED** to place the Motion to Appoint Counsel (Doc. 152) under seal. Such motion is to remain under seal until further order of the Court.

  **SO ORDERED**, this 23rd day of April, 2024.

               /s/W. Louis Sands
               **W. LOUIS SANDS, SR. JUDGE**
               **UNITED STATES DISTRICT COURT**