**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **CASE NO:** |
| | : | **7:22-cr-55–WLS-ALS-02** |
| **DEWAYNE HOWELL,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## ORDER

Before the Court is the Motion to Request Copy of Pre-Sentence Report (Doc. 226) filed by Sandra Michaels, counsel, on behalf of Defendant Dewayne Howell. Ms. Michaels was recently appointed as counsel for Defendant (*see* Doc. 225) and states a copy of the Final Presentence Investigation Report (Doc. 190) is necessary for preparation of Defendant's appeal.

Accordingly, the Motion to Request Copy of Pre-Sentence Report (Doc. 226) is **GRANTED**. The United States Probation Office for the Middle District of Georgia is **DIRECTED** to provide a copy of the Final Presentence Investigation Report (Doc. 190) to Defendant's counsel.

**SO ORDERED**, this 27th day of May 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1