**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | **CASE NO:** |
| | : | **7:22-cr-55–WLS-ALS-02** |
| DEWAYNE HOWELL, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## ORDER

Before the Court is Defendant's Motion to Unseal Documents (Doc. 228) ("Motion"). Therein, Defendant requests that the following documents be unsealed: (1) Petition for a Writ of Habeas Corpus Ad Testificandum (Doc. 126) ("Writ"); (2) Defendant's *Ex Parte* Motion to Withdraw (Doc. 156) ("Motion to Withdraw); and (3) the Statement of Reasons (Doc. 194) related to Defendant's sentencing hearing. The Government opposes unsealing the documents, but does not object to Defendant's counsel receiving copies of the sealed documents.[1] The Court addresses each document in turn.

1.      The Government opposes unsealing the Writ because it contains the personal information of a minor victim. The Court agrees that this document should not be unsealed.

2.      Because the Motion to Withdraw was filed *ex parte* by Defendant, the Government concedes it does not know what the document is but does not believe it should be unsealed. As Defendant requests that a document filed by it be unsealed, the Court finds that at this time, the Motion should be granted with respect to the Motion to Withdraw.

3.      The Government is correct that the Statement of Reasons is always treated as a restricted document, and thus the Court agrees that it should not be unsealed.

Accordingly, Defendant's Motion to Unseal Documents (Doc. 228) is **GRANTED IN PART** and **DENIED IN PART** as follows:

---

[1] In the Motion, Defendant indicates that the Government consents to the Motion. (Doc. 228 at 2). The Government believes this must be an inadvertent statement because the Government was not consulted and does not consent to the relief sought. (Doc. 229 n.1).

1

1.    The Petition for a Writ of Habeas Corpus Ad Testificandum (Doc. 126) shall remain sealed, but the Clerk of Court is **DIRECTED** to provide a copy of such document to Defendant's counsel.

2.    The Clerk is **DIRECTED** to unseal Defendant's *Ex Parte* Motion to Withdraw (Doc. 156).

3.    The Statement of Reasons (Doc. 194) shall remain sealed, but the United States Probation Office for the Middle District of Georgia is **DIRECTED** to provide a copy of the Statement of Reasons to Defendant's counsel and counsel for the Government.

**SO ORDERED**, this 1st day of June 2026.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**